MATTHEW RIGHETTI, ESQ. {SBN 121012}
matt@righettilaw.com
JOHN GLUGOSKI, ESQ. {SBN 191551}
jglugoski@righettilaw.com
MICHAEL C. RIGHETTI, ESQ. {SBN 258541]
mike@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
456 Montgomery St., Suite 1400
San Francisco, California 94101
Telephone: (415)983-0900/Facsimile: (415) 397-9005

REUBEN D. NATHAN, ESQ. {SBN208436}
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 West Pacific Coast Highway, Suite 350
Newport Beach, California 92663
Telephone: (949)263-5992/Facsimile: (949)209-1948

Attorneys for Plaintiff, Jasen Silver, individually, and
on behalf of others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN SILVER, and ROBERT BURKE, on behalf of themselves and all similarly situated persons,<br><br>  Plaintiffs,<br><br>  v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>  Defendant. | Case No.   4:15-cv-05643-~~LB~~ JSW<br><br>**STIPULATION TO EXTEND TIME TO AMEND COMPLAINT**<br>AND ORDER THEREON |

STIP. TO EXTEND TIME TO AMEND COMPLAINT
Case No. 3:15-cv-05643-JSW

1  Plaintiff, Jasen Silver, and defendant 24 Hour Fitness USA, Inc., by and through their
2  undersigned counsel, hereby stipulate and agree as follows:
3  WHEREAS Plaintiffs filed their Complaint in this case on December 10, 2015;
4  WHEREAS, the Court granted Defendant's motion to dismiss on March 28, 2016;
5  WHEREAS, the Court granted Plaintiff leave to amend the complaint by April 22, 2016
6  (Dkt. 30);
7  WHEREAS, on March 16, 2016, counsel for Plaintiff filed a motion to withdraw as
8  counsel, noticing a hearing for April 29, 2016 (Dkt. 28);
9  WHEREAS, the parties have conferred and agreed that Plaintiff shall have additional time
10 to file any amended complaint to May 6, 2016;

12 WHEREAS, the stipulated extension does not affect any other existing date or deadline;
13 IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that
14 Plaintiff shall have up to and including May 6, 2016, to file an amended complaint.

Dated: April 7, 2016

TIFFANY CHEUNG
GRANT C. SCHRADER
MORRISON & FOERSTER LLP


By:   /s/ Tiffany Cheung
            TIFFANY CHEUNG

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

STIP. TO EXTEND TIME TO AMEND COMPLAINT
Case No. 3:15-cv-05643-JSW

1

| | |
|---|---|
| Dated: April 7, 2016 | MATTHEW RIGHETII<br>JOHN GLUGOSKI<br>MICHAEL C. RIGHETTI<br>REUBEN D. NATHAN |
| | By:   /s/ Matthew Righetti<br>         MATTHEW RIGHETTI |
| | Attorneys for Plaintiffs<br>JASEN SILVER |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April _7_, 2016                                    _____
                                                                              Hon. Jeffrey S. White
                                                                              United States District Judge

**ECF ATTESTATION**

I, Matthew Righetti, am the ECF user whose ID and password are being used to file this:

**STIPULATION TO EXTEND TIME TO AMEND COMPLAINT**

In compliance with Civil Local Rule 5-4.3.4, I hereby attest that opposing counsel, Tiffany Cheung, concurs in this filing's content and has authorized the filing.

Dated: April 7, 2016

By:   /s/ Matthew Righetti