IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASEN SILVER,<br><br>    Plaintiff,<br><br>  v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>    Defendant.<br>_____/ | No. C 15-05643 JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

On December 10, 2015, Plaintiff Jasen Silver, filed the complaint against 24 Hour Fitness for alleged violations of the Telephone Consumer Protection Act, 47 United States Code section 227, *et seq*. On March 29, 2016, the Court granted Defendant's motion to dismiss the claim with leave to amend. The Order provided that Plaintiff was to file an amended complaint by no later than April 22, 2016. By stipulation of the parties and approval of the Court, this deadline was extended to May 6, 2016. On April 22, 2016, this Court granted Plaintiff's counsel motion to withdraw and Plaintiff thereafter appeared before the Court pro se. The Court has not received an amended complaint or any filing from the Plaintiff.

Accordingly, the Court HEREBY ISSUES this Order to Show Cause why this case should not be dismissed for failure to prosecute. Plaintiff shall respond in writing whether he intends to continue to litigate this matter by no later than June 10, 2016. Failure to respond in writing to this Order shall result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE